IN THE COMMONWEALTH COURT OF PENNSYLVANIA

George E. Egreczky,          :
         Petitioner     :
                               :
      v.                :    No. 2081 C.D. 2016
                               :
Unemployment Compensation Board  :
of Review,                   :
         Respondent    :

# **O R D E R**

AND NOW, this 30th day of April, 2018, it is hereby ORDERED that the Court's opinion and order in the above-captioned matter, filed November 30, 2017, is amended to reflect the following correction:

> Page 3, third full paragraph, second sentence should read:
>
> **On June 2, 2016, Claimant filed a new application for benefits, which the UC Service Center deemed effective April 19, 2015, to correspond with the date on which it received Claimant's request to backdate his application to December 28, 2014.**
>
> In all other respects, the order shall remain in effect.

It is also ORDERED that the above-captioned opinion filed shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be REPORTED.

_____
MARY HANNAH LEAVITT, President Judge